TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2686
Facsimile: (213) 894-0142
E-mail: James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $291,096.95 IN FUNDS FROM E*TRADE ACCOUNT ENDING IN X0745; $6,039.00 AND $2,550.00 IN UNITED STATES CURRENCY SEIZED FROM A RESIDENCE IN HOLLYWOOD; $169,141.14 IN FUNDS FROM BANK OF AMERICA ACCOUNT ENDING IN X0938; AND $29,727.99 IN FUNDS FROM BANK OF AMERICA ACCOUNT ENDING IN X6051. | No. 2:21-CM-00221 <br><br> STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT <br><br> [PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |

It is hereby stipulated by and between the United States of America (the "government") and potential claimant Mirela Todorova ("Todorova") through her counsel, Alex R. Kessel, as follows:

1

1.      Claimant filed a written claim on June 21, 2021, in administrative forfeiture proceedings commenced by the Drug Enforcement Administration ("DEA") with respect to the March 24, 2021, seizure of $291,096.95 in funds from E*Trade account ending in x0745, and $6,039.00 and $2,550.00 in United States Currency seized from a residence in Hollywood.

2.      Claimant filed a written claim on July 7, 2021, in administrative forfeiture proceedings commenced by the DEA with respect to the April 5, 2021, seizure of $169,141.14 in funds Bank of America Account Ending in x0938.

3.      Claimant filed a written claim on July 7, 2021, in administrative forfeiture proceedings commenced by the DEA with respect to the April 5, 2021, seizure of $29,727.99 in funds from Bank of America account ending in x6051.  (Collectively, the seized E*Trade account funds, U.S. currency, and two Bank of America account funds described above are referred to herein as the "seized assets.").

4.      The government asserts that the DEA sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the seized assets.

5.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized assets alleging that the seized assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be September 19, 2021 (for the above-described E*Trade account funds and U.S. currency) and October 5, 2021 (for the two above-described Bank of America account funds).

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture or indictment against the seized assets, in order to provide the parties an opportunity to discuss settlement.

7.     The parties request and agree that the deadlines by which the United States shall be required to file a complaint for forfeiture against the seized assets and/or obtain an indictment alleging that the seized assets are subject to forfeiture be extended to Friday, December 17, 2021.

8.     Claimant knowingly, intelligently, and voluntarily gives up any right claimant may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized assets alleging that defendants (i) $291,096.95 in funds from E*Trade account ending in x0745, and (ii) $6,039.00 and (iii) $2,550.00 in United States Currency seized from a residence in Hollywood are subject to forfeiture by September 19, 2021, and furthermore that the defendants (iv) $169,141.14 in funds from Bank of America account ending in x0938, and (v) $29,727.99 in funds from Bank of America account ending in x6051, are subject to forfeiture by October 5, 2021, and that any right claimant may have to seek dismissal of any complaint on the grounds that it was not filed or returned on or before such dates.

/ / /

1    NOW, THEREFORE, the parties hereto, by and through their respective attorneys,

2  hereby STIPULATE AND REQUEST that the government's time to file a civil

3  forfeiture complaint in connection with the seizure of defendants (i) $291,096.95 in

4  funds from E*Trade account ending in x0745, and (ii) $6,039.00 and (iii) $2,550.00 in

5  United States Currency seized from a residence in Hollywood are subject to forfeiture by

6  September 19, 2021, and furthermore that the defendants (iv) $169,141.14 in funds from

7  Bank of America account ending in x0938, and (v) $29,727.99 in funds from Bank of

8  America account ending in x6051 be extended to and include December 17, 2021.

9    SO STIPULATED

10  Dated: August 30, 2021                    TRACY L. WILKISON
                                             Acting United States Attorney
11                                           SCOTT M. GARRINGER
                                             Assistant United States Attorney
12                                           Chief, Criminal Division
13                                           JONATHAN S. GALATZAN
                                             Assistant United States Attorney
14                                           Chief, Asset Forfeiture Section
15
16
17                                           JAMES E. DOCHTERMAN
                                             Assistant United States Attorney
18
19
20
21  Dated: August 30, 2021
22                                           ALEX R. KESSEL
                                             Law Offices of Alex R. Kessel
23
24                                           Attorney for Claimant
                                             MIRELA TODOROVA
25
26
27
28

4

## PROOF OF SERVICE BY E-MAIL

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On August 30, 2021, I served a copy of: **STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** on each person or entity named below by transmitting the document by electronic mail to the e-mail address indicated for receipt of e-mail on the date and place shown below following our ordinary office practices.  Each person has given consent to receive service by e-mail.

**TO:   Alex R. Kessel, Esq.**
**        Law Offices of Alex R. Kessel**
**        15910 Ventura Blvd.**
**        Suite 1030**
**        Encino, CA 91346**
**        KesselLawFirm@gmail.com**

I am readily familiar with the practice of this office for transmittal of electronic mail from a desktop computer which allows for confirmation that an e-mail message was sent on a particular day and time.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 30, 2021, at Los Angeles, California.

*Luis F. Chaves*
**LUIS F. CHAVES**
Senior Paralegal, FSA